IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

IN RE:

**MIGUEL GAVIRIA**                                    **CASE NO. 14-15069-RBR**
**LUZ GAVIRIA**                                       **CHAPTER 13**
        **Debtor,**
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the Notice of Hearing on the Objection to Claim of The Bank of New York Mellon, D.E. # 64 was sent via USPS Mail or electronic transmission to every party on the attached Matrix and all others set forth in the NEF dated this 18th day of September, 2014

    CORONA LAW FIRM, P.A.

    /s/ Ricardo Corona, Esq.
    RICARDO CORONA, ESQ.
    Florida Bar No. 111333
    3899 NW 7 Street
    Suite 202-B
    Miami, FL 33126
    (305) 266-1150 Phone
    (888) 554-5607 Fax
    bk@coronapa.com

**Credit Mailing Matrix**
**Case No.: 14-15069-RBR**

**Office of the US Trustee**                          **Robin Weiner Trustee**
51 SW 1st Avenue, Ste 1204                            PO Box 559007
Miami, FL 33130                                       Fort Lauderdale, FL 33355

**Miguel/Luz Gaviria**                                **The Bank of New York Mellon/Specialized Loan**
945 Tanglewood Circle                                 8742 Lucent Blvd, Suite 300
Weston, Florida 33327                                 Highlands Ranch, CO 80129

**The Bank of New York Mellon/Specialized Loan Servicing, LLC**
c/o LynAlise K. Tannery
PO Box 9013
Addison, TX 75001

**The Bank of New York Mellon/Specialized Loan Servicing, LLC**
c/o Buckley Madole, PC
Attn: Gavin Stewart, Esq.
PO Box 22408
Tampa, Florida 33622