IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

In re:                                                    Case No: 14-15069-RBR
MIGUEL GAVIRIA                                            Chapter 13
LUZ GAVIRIA

     Debtors,
_____/

## DEBTORS' MOTION TO MODIFY CONFIRMED BANKRUPTCY PLAN

**DEBTORS, MIGUEL GAVIRIA AND LUZ GAVIRIA**, by the undersigned attorney, and file this, their Motion to Modify the Confirmed Bankruptcy Plan in this cause, and as grounds for this Motion would state as follows:

1. That the Debtors' Eighth Amended Chapter 13 Plan (D.E. # 95) was granted and approved on January 6, 2015, DE # 100.

2. The Debtors are delinquent on said confirmed plan.

3. The Debtors have the ability and wish to catch up on their payments to the Trustee in order to obtain their Chapter 13 Discharge.

4. That allowing modification, under the attached proposed plan, will help the Debtors to facilitate completion of their bankruptcy plan that satisfies all parties of record.

**WHEREFORE**, the Debtors request that this Honorable Court Grant the Motion to Modify Confirmed Bankruptcy Plan in this cause.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in local rule 910(d)(1) and (2).

CORONA LAW FIRM, P.A.

/s/ Ricardo Corona, Esq.
RICARDO R. CORONA, ESQ.
Florida Bar No. 111333
3899 NW 7 Street
Suite 202-B
Miami, FL 33126
(305) 266-1150 Phone
(888) 554-5607 Fax
bk@coronapa.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true copy of the foregoing motion was sent via USPS Mail or electronic transmission to every party on the attached Matrix and all others set forth in the NEF on this 24th of September, 2015.

CORONA LAW FIRM, P.A.

/s/ Ricardo Corona, Esq.
RICARDO R. CORONA, ESQ.
Florida Bar No. 111333
3899 NW 7 Street
Suite 202-B
Miami, FL 33126
(305) 266-1150 Phone
(888) 554-5607 Fax
bk@coronapa.com
