**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☑ **1st** Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: **Miguel A Gaviria**    JOINT DEBTOR: **Luz V Gaviria**    CASE NO.: **14-15069**
Last Four Digits of SS# **xxx-xx-2657**    Last Four Digits of SS# **xxx-xx-5999**

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of **60** months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

- A. $ **561.17** for months **1** to **24** ;
- B. $ **1,769.82** for months **25** to **25** ;
- C. $ **540.03** for months **26** to **60** ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ **5,250.00**    TOTAL PAID $ **3,500.00**
Balance Due $ **1,750.00** payable $ **64.92** /month (Months **1** to **24** )
Balance Due $ _____ payable $ **192.03** /month (Months **25** to **25** )

*$6,000.00 - $3,000.00 bankruptcy, $1,500.00 LMM; $1,500.00 1 Motion to Value

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

**Green Tree Servicing L**
Address: **Po Box 6172; Rapid City, SD 57709**
Account No: **xxxx2670**
Arrearage on Petition Date $ _____
Arrears Payment $ _____ /month (Months _ to _)
LMM Payment $ **1,172.93** /month (Months **1** to **3**)

**The Bank of New York/ Specialized Loan Servicing (POC #6)**
Address: **8742 Lucent Blvd., Suite 300 Highlands Ranch, CO 80129**
Account No: **xxxx9485**
Account No: **xxxx9485**
Account No: **xxxx9485**
Account No: **xxxx9485**
Arrearage on Petition Date $ **10,710.48**
Arrears Payment $ **120.93** /month (Months **1** to **24** )
Arrears Payment $ **216.90** /month (Months **25** to **60**)
Regular Payment $ **154.12** /month (Months **1** to **24**)
Regular Payment $ **800.00** /month (Months **25** to **25**)
Regular Payment $ **236.18** /month (Months **26** to **60**)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

Priority Creditors: [as defined in 11 U.S.C. §507]
**-NONE-**    Total Due    $ _____
Payable    $ _____ /month (Months _ to _ )    Regular Payment $ _____

Unsecured Creditors: Pay **400.00** /month (Months **25** to **25** );
Unsecured Creditors: Pay **37.86** /month (Months **26** to **60** );

LF-31 (rev. 01/08/10)

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

**Rejected Contracts and/or Leases**
**-NONE-**

**Assumed Contracts and/or Leases**
**Diana Gaviria**                                    **Residential Lease.**

**Special Intentions:**
**SLS (xxxxx3313) /Bank of America (xxxx4286): Debtor will pay claim directly.**
**Green Tree (xxxx2670): Debtor is surrendering property to creditor.**
**The Meadows Maintenance Association ( ME- VITC-0945-01): Debtor is surrendering property to creditor.**
**Real Time Solution (xxxx4303) Debtor is surrendering property to creditor.**
***The arrears for the Bank of New York (POC-6) is being treated outside the plan for the first 9 months.**

**Debtor shall provide copies of yearly income tax returns to the Trustee no later than May 15th during the pendency of the Chapter 13 case. In the event the Debtor's income or tax refund increase, the Debtor shall increase payments to unsecured creditors over and above payments provided through the Plan up to 100% of allowed unsecured claims.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

| | |
|---|---|
| **/s/ Miguel A Gaviria** | **/s/ Luz V Gaviria** |
| **Miguel A Gaviria** | **Luz V Gaviria** |
| Debtor | Joint Debtor |
| Date:  **March 17, 2016** | Date:  **March 17, 2016** |