# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
# FORT LAUDERDALE DIVISION

CASE NO.: 14-15069-BKC-RBR
PROCEEDING UNDER CHAPTER 13

IN RE:

MIGUEL A GAVIRIA
XXX-XX-2657
LUZ V GAVIRIA
XXX-XX-5999

DEBTORS_____/

## NOTICE OF FINAL CURE PAYMENT

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Robin R. Weiner files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor: Specialized Loan Servicing LLC**

**Mortgage Arrearage**

| Court Claim # | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 6 | 9485 | $10,710.48 | $10,710.48 | $10,710.48 |

**Monthly ongoing mortgage payments were paid through the Chapter 13 Trustee along with the arrearage and any post petition mortgage fees, expenses and charges paid through the confirmed plan.**

Within 21 days of the service of the Notice Of Final Cure Payment, the Creditor MUST file and serve a Statement as a supplement to the Holder's Proof of Claim on the Debtors, Debtors' Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtors have paid in full the amount required to cure the default on the claim; and 2) whether the Debtors are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the Holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the Holder's Proof of Claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

NOTICE OF FINAL CURE PAYMENT
CASE NO.:  14-15069-BKC-RBR

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A) and that a true and correct copy of this Notice Of Final Cure Payment was served, via U.S. first class mail, certified mail and/or CM/ECF, upon the parties listed on the attached service list this 7th day of February, 2019.

           */s/ Robin R. Weiner*
           ROBIN R. WEINER, ESQUIRE
           STANDING CHAPTER 13 TRUSTEE
           P.O. BOX 559007
           FORT LAUDERDALE, FL 33355-9007
           TELEPHONE: 954-382-2001
           FLORIDA BAR NO.: 861154

## SERVICE LIST

**COPIES FURNISHED TO:**

**DEBTORS**
MIGUEL A GAVIRIA
LUZ V GAVIRIA
783 91 AVE NORTH
ST. PETERBURG, FL  33702

**ATTORNEY FOR DEBTORS**
RICARDO CORONA, ESQUIRE
3899 NW 7TH STREET
SUITE 202-B
MIAMI, FL  33126

**CREDITOR**
Specialized Loan Servicing LLC
8742 Lucent Blvd
Suite 300
Highlands Ranch,  CO  80129

**ADDITIONAL CREDITORS**
Specialized Loan Servicing LLC
8742 Lucent Blvd
Suite 300
Highlands Ranch,  CO  80129

Specialized Loan Servicing, LLC
c/o Capitol Corporate Services
155 Office Plaza Dr. Suite A
Tallahassee,  FL  32301

Toby E. Wells, President
8742 Lucent Blvd., Suite 300
Specialized Loan Servicing, LLC
Highlands Ranch,  CO  80129